UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN NAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-04422-TWP-MJD |
| | ) | |
| DASHAN ZATECKY in his personal capacity, | ) | |
| DUANE ALSIP in his personal capacity, | ) | |
| JEFFREY KING in his personal capacity, | ) | |
| HERBERT DUNCAN in his personal capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Granting *In Forma Pauperis* Status
And Directing Payment of Initial Partial Filing Fee**

Plaintiff John Naylor's renewed motion for leave to proceed *in forma pauperis*, dkt. [9], is

**granted**. Pursuant to 28 U.S.C. § 1915(b)(1)(A), an initial partial filing fee of seventeen dollars

and eleven cents ($17.11) is assessed and shall be paid to the clerk of the district court no later

than January 18, 2018. Nevertheless, plaintiff owes the entire filing fee. "All [28 U.S.C.] § 1915

has ever done is excuse pre-payment of the docket fees; a litigant remains liable for them, and for

other costs, although poverty may make collection impossible." *Abdul-Wadood v. Nathan*, 91 F.3d

1023, 1025 (7th Cir. 1996).

Screening of the complaint pursuant to 28 U.S.C. § 1915A will occur after payment of the

initial partial filing fee is received.

**IT IS SO ORDERED**.

Date: 12/14/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Naylor
128761
Pendleton Correctional Facility
Electronic Service Participant - Court only